*913 543 U. S. 209;
543 U. S. 209;
541 U. S. 1005;
543 U. S. 1001;
543 U. S. 1053;
543 U. S. 1056;
543 U. S. 913;
543 U. S. 1057;
543 U. S. 1108;
*914 No. 04-6688.
No. 04-6703.
No. 04-6841.
No. 04-6854.
No. 04-6909.
No. 04-6950.
No. 04-7018.
No. 04-7044.
No. 04-7320.
No. 04-7327.
No. 04-7414.
No. 04-7432.
No. 04-7578.
No. 04-7651.
No. 04-7692.
No. 04-7721.
No. 04-7800.
543 U. S. 1058;
543 U. S. 1027;
543 U. S. 1060;
543 U. S. 1060;
543 U. S. 1062;
543 U. S. 1124;
543 U. S. 1064;
543 U. S. 1065;
543 U. S. 1073;
543 U. S. 1074;
543 U. S. 1119;
543 U. S. 1048;
543 U. S. 1079;
543 U. S. 1094;
543 U. S. 1095;
543 U. S. 1128; and
543 U. S. 1130. Petitions for rehearing denied.